Michael Best
**Michael Best & Friedrich LLP**
**Attorneys at Law**
Daniel D. Madison
**T** 212.519.5128
Daniel.Madison@michaelbest.com

Application **GRANTED**. The initial pre-trial conference scheduled for November 17, 2026, is adjourned to **December 22, 2026, at 3:15 P.M**. By **December 10, 2026**, the parties shall file the joint letter and proposed case management plan.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 14.

Dated: November 5, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

11/04/2026

***Via ECF and EMAIL***

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Request for Adjournment of Nov. 17, 2026 Conference and Nov. 10 Deadline to File Joint Status Letter and Proposed Case Management Plan--** *Velasquez v. CC116 Corp. et al.*, 26-cv-08265

Dear Judge Schofield:

This firm represents 116 St. Marks LLC, a defendant in the above-referenced action. We write pursuant to the Court's Individual Rule I(B)(3) to respectfully request a 30-day extension of both the conference currently scheduled for November 17, 2026 and the November 10, 2026 deadline to file a joint letter and Proposed Case Management Plan and Scheduling Order. *See* Sept. 24, 2026 Order, dkt. 7. The extended date sought for the conference is December 17, 2026, and the extended deadline sought to file the joint letter and case management plan is December 10, 2026.

Counsel for defendant CC116 Corp. has not appeared in this action as of this writing. The requested adjournment would provide additional time for the parties and counsel to confer and consider how best to proceed in this action. This is the first time the parties are seeking an extension of these dates. Plaintiff's counsel has consented to this request for adjournment.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Daniel D. Madison*
Daniel D. Madison

cc: All Counsel of Record
B. Bradley Weitz, Esq.
Dieter Seelig (CC116 Corp.)